UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
                                                            :
BRIDGETT BROWN,                                             :
                                                            :
                    Plaintiff,                              :     Hon. Royce C. Lamberth
                                                            :
          - against -                                       :     Case No. 1:04CV01234
                                                            :
BLOOMBERG L.P. et al.                                       :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------x


## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

The following certification is made pursuant to LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel for Bloomberg L.P., certify that to the best of my knowledge and belief, Bloomberg L.P. is a limited partnership with no parent company.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully Submitted,

BLOOMBERG, L.P.

_____
Joseph G. Davis (D.C. Bar #441479)
Stephen C. Robertson (D.C. Bar #473477)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
Tel: 202.303.1000
Fax: 202.303.2000

Its Attorneys